✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JAMES ANTHONY JOHNSON SR** | Case No. 3:17-CR- 28-001(CAR) |

On September 10, 2018, James Anthony Johnson, Sr. was committed to the custody of the Bureau of Prisons for a term of 110 months, followed by three years of supervised release, for Distribution of Crack Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

The term of supervised release commenced on July 22, 2024. Johnson has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E*, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. Accordingly, it is recommended he be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 6 day of August, 2026.

C. Ashley Royal

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE